UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05CR10041WGY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| v. ) | |
| ) | **VIOLATIONS:** |
| RAFAEL GONZALEZ-VINCENTE, ) | |
| a/k/a "Willy", a/k/a ) | 21 U.S.C. § 846 -- |
| Raphael Gonzalez, Jr. ) | Conspiracy To Distribute |
| ) | and To Possession with |
| and ) | Intent To Distribute Cocaine Base |
| ) | |
| JOSE A. RAMOS, ) | 21 U.S.C. § 841(a)(1) -- |
| a/k/a "Jonathan", ) | Distribution of Cocaine Base |
| ) | |
| ) | 18 U.S.C. §2 -- |
| ) | Aiding and Abetting |
| ) | |
| Defendants. ) | 21 U.S.C. § 853 -- |
| ) | Criminal Forfeiture Allegation |

**INDICTMENT**

**COUNT ONE:**  (21 U.S.C. § 846 - Conspiracy To Distribute and To Possess with Intent To Distribute Cocaine Base)

The Grand Jury charges that:

Beginning in or about August 2003 and continuing to in or about January 2005, at Salem, Lynn and Peabody and elsewhere in the District of Massachusetts,

**RAFAEL GONZALEZ-VINCENTE,**
**a/k/a Willy, a/k/a Raphael Gonzalez, Jr.,**
and
**JOSE A. RAMOS, a/k/a Jonathan,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to distribute and to possess with intent

to distribute cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved at least 50 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine." Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>: (Title 21, United States Code, Section 841(a)(1)--
Distribution of Cocaine Base;
Title 18 United States Code, Section 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 22, 2004, at Peabody in the District of Massachusetts,

**RAFAEL GONZALEZ-VINCENTE,
a/k/a Willy, a/k/a Raphael Gonzalez, Jr.,**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT THREE:**</u> **(Title 21, United States Code, Section 841(a)(1)-- Distribution of Cocaine Base; Title 18 United States Code, Section 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 28, 2004, at Peabody in the District of Massachusetts,

**RAFAEL GONZALEZ-VINCENTE,
a/k/a Willy, a/k/a Raphael Gonzalez, Jr.,
and
JOSE A. RAMOS, a/k/a Jonathan,**

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-4-

<u>COUNT FOUR:</u> (Title 21, United States Code, Section 841(a)(1)-- Distribution of Cocaine Base; Title 18 United States Code, Section 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 17, 2004, at Peabody in the District of Massachusetts,

**RAFAEL GONZALEZ-VINCENTE,
a/k/a Willy, a/k/a Raphael Gonzalez, Jr.,**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT FIVE:**</u>  **(Title 21, United States Code, Section 841(a)(1) -- Distribution of Cocaine Base; Title 18 United States Code, Section 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 27, 2005, at Gloucester in the District of Massachusetts,

**RAFAEL GONZALEZ-VINCENTE,**
**a/k/a Willy, a/k/a Raphael Gonzalez, Jr.,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-6-

**FORFEITURE ALLEGATION:**    (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Five of this indictment,

> **RAFAEL GONZALEZ-VINCENTE,**
> a/k/a Willy, a/k/a Raphael Gonzalez, Jr.,
> and
> **JOSE A. RAMOS, a/k/a Jonathan,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable

-7-

property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DENISE JEFFERSON CASPER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; FEBRUARY 24, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

@ 3:02 P.M.

-9-

℅JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

**Place of Offense:** Salem, Peabody   **Category No.** II   **Investigating Agency** DEA

**City** Salem, Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  05-1631-CBS
Search Warrant Case Number  05-1632-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Rafael Gonzalez-Vincente   Juvenile ☐ Yes  ☒ No

Alias Name  Willy, Raphael Gonzalez, Jr.

Address  14 Cherry Street, Apt. 1, Salem, MA

Birth date (Year only): 1971   SSN (last 4 #): 2776   Sex M   Race: _____   Nationality: _____

Defense Counsel if known: Steven J. Rappaport   Address: 228 Central Street, Lowell, MA 01852

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Denise Jefferson Casper   Bar Number if applicable  568116

Interpreter: ☒ Yes ☐ No   List language and/or dialect: Spanish

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: January 27, 2005

☒ Already in Federal Custody as  January 27, 2005  in  Plymouth House of Corrections
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ 5 Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: February 24, 2005   Signature of AUSA: Denise Jefferson Casper

◆JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant  __Raphael Gonzalez-Vincente__

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §846 | Conspiracy to distribute cocaine base | 1 |
| Set 2 | 18 U.S.C. §841(a)(1) | Distribution of cocaine base | 2, 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

\$JS 45 (5/97) - (Revised USAO MA 6/20/04)

**05 CR 10041 WGY**

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Salem, Peabody    **Category No.** II    **Investigating Agency** DEA

**City** Salem, Peabody

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. \_\_\_\_\_ Case No. \_\_\_\_\_
Same Defendant \_\_\_\_\_ New Defendant \_\_\_\_\_
Magistrate Judge Case Number 05-1631-CBS
Search Warrant Case Number 05-1632-CBS
R 20/R 40 from District of \_\_\_\_\_

**Defendant Information:**

**Defendant Name** Jose A. Ramos      Juvenile   ☐ Yes   ☒ No

**Alias Name** Jonathan

**Address** 14 Cherry Street, Apt. 1, Salem, MA

**Birth date (Year only):** 1980   **SSN (last 4 #):** 1539   **Sex** M   **Race:** \_\_\_\_\_   **Nationality:** \_\_\_\_\_

**Defense Counsel if known:** \_\_\_\_\_    **Address:** \_\_\_\_\_

**Bar Number:** \_\_\_\_\_

**U.S. Attorney Information:**

**AUSA** Denise Jefferson Casper    **Bar Number if applicable** 568116

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** \_\_\_\_\_

☐ Already in Federal Custody as \_\_\_\_\_ in \_\_\_\_\_
☐ Already in State Custody \_\_\_\_\_   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by \_\_\_\_\_ on \_\_\_\_\_

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty \_\_\_   ☐ Misdemeanor \_\_\_   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 24, 2005    **Signature of AUSA:** Denise Jefferson Casper

≈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose A. Ramos

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §846 | Conspiracy to distribute cocaine base & cocaine | 1 |
| Set 2 | 18 U.S.C. §841(a)(1) | Distribution of cocaine base | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**