

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 31, 2005

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852

Re:  United States v. Rafael Gonzalez-Vincente et al.,
     Criminal No. 05-10041-WGY

Dear Counsel:

Pursuant to Rules 116.6(A) of the Local Rules of the United States District Court for the District of Massachusetts, the government declines to make the following disclosure as otherwise required under Local Rule 116.1(A)(1):

1. The government declines to identify a cooperating witness by name at this time. Although the government anticipates that it will call this individual as a witness at trial, the government declines to reveal the identity of this witness at this time since such disclosure may jeopardize the safety and welfare of the witness. The government notes, however, that it has disclosed all of the information required to be disclosed about this witness under Local Rule 116.2(B)(1)--including the promises, rewards and inducements that this witness has received from the government and the witness' criminal record--in its March 31, 2005 automatic discovery letter.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: DENISE JEFFERSON CASPER
Assistant U.S. Attorney
(617) 748-3120

cc:   Clerk's Office, U.S. District Court