UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RAFAEL GONZALEZ-VINCENTE | ) Crim. No. 05-10041-WGY |
| (a/k/a Willy, | ) |
| a/k/a Raphael Gonzalez, Jr. | ) |
| | ) |
| and JOSE A. RAMOS (a/k/a Jonathan) | ) |
| | ) |

### NOTICE OF WITHDRAWAL

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter. Undersigned counsel notes that she is leaving the employ of the United States Attorney's Office on or about July 22, 2005. Under separate cover, Assistant United States Attorney Lisa Asiaf has filed a notice of appearance in this matter and will now represent the government in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Denise Jefferson Casper
DENISE JEFFERSON CASPER
Assistant U.S. Attorney
(617) 748-3120

July 2, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Steven J. Rappaport, Esq.
        Rappaport & Delaney
        228 Central Street
        Lowell, MA 01852

This 12th day of July 2005.

                            DENISE JEFFERSON CASPER
                            ASSISTANT UNITED STATES ATTORNEY