UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAFAEL GONZALEZ-VINCENTE )<br>(a/k/a Willy, )<br>a/k/a Raphael Gonzalez, Jr. )<br>)<br>and JOSE A. RAMOS (a/k/a Jonathan) )<br>) | Crim. No. 05-10041-WGY |

### NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Lisa M. Asiaf
LISA ASIAF
Assistant U.S. Attorney
(617) 748-3268

July 12, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

       Steven J. Rappaport, Esq.
       Rappaport & Delaney
       228 Central Street
       Lowell, MA 01852

This 12th day of July 2005.

                                            _/s/ Denise Jefferson Casper_
                                            DENISE JEFFERSON CASPER
                                            ASSISTANT UNITED STATES ATTORNEY