# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                    CRIMINAL NO. 2005-10041-WGY-02

JOSE A. RAMOS, ETC.,
    (Asserted true name: ALEJANDRO SOTO),
    Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

The defendant appeared on August 11, 2008 for arraignment. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on August 11, 2008.

                                          /s/ *Robert B. Collings*
                                          ROBERT B. COLLINGS
August 11, 2008.                  United States Magistrate Judge