# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                      CRIMINAL NO. 2005-10041-WGY-02

JOSE RAMOS,
          Defendant.

## *ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT*

COLLINGS, U.S.M.J.

      Upon the allowance of the motions of the defendant, good cause having been found after hearing, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to *Friday, September 12, 2008 at 3:00 P.M. before the Honorable Timothy S. Hillman* at Courtroom #1, Donohue Federal Building and U.S. Courthouse, 595 Main Street, Worcester, Massachusetts.

      Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                       /s/ Robert B. Collings
                       ROBERT B. COLLINGS

August 15, 2008.      United States Magistrate Judge